STANLEY V. TUCKER *v.* JOHN S. PINNEY ET AL.
(3111)

BORDEN, SPALLONE and DALY, Js.

Argued March 15—decision released May 7, 1985

*Stanley V. Tucker,* pro se, the appellant (plaintiff).

*Arthur A. Palmunen,* for the appellee (named defendant).

PER CURIAM. We have carefully reviewed the plaintiff's claims in this matter and find them to be without merit. See *Tucker* v. *American Ins. Co.,* 3 Conn. App. 397, 399, 488 A.2d 1278 (1985).

There is no error.